UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THERESA NELSON, | |
| Plaintiff, | Case No. 1:17-cv-03032-SEB-MJD |
| v. | Hon. Judge Sarah E. Barker |
| ABILITY RECOVERY SERVICES, LLC, | |
| Defendant. | |

## DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff, THERESA NELSON, and against Defendant, ABILITY RECOVERY SERVICES, LLC:

    a. Statutory Damages      $ 3,000.00

    c. Attorney fees      $ 3,000.00

    d. Costs      $ 500.00

2. Allowing Plaintiff to add judgement interest per diem.

DISTURBUTION:

Dated: 12/13/2017

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com